# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  MANUEL CONTRERAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-13-1095-F |
| | ) | |
| 1.  SILVERADO ROAD SERVICE, INC., and | ) ) | |
| 2.  JIM STRATTON, individually as Owner, | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Manuel Contreras ("Contreras"), and Defendants, Silverado Road Service, Inc., and Jim Stratton, hereby stipulate and agree that Contreras's claims in the above-captioned matter are dismissed with prejudice to further litigation pertaining to all matters involved therein, each party to bear their own costs and attorneys' fees.

Respectfully submitted this __17th__ day of March, 2014.

/s/ Jana B. Leonard
Jana B. Leonard, OBA # 17844
Emily Van Volkinburg, OBA # 31744
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
ATTORNEYS FOR PLAINTIFF

[signature]
TOM L. KING, OBA # 5040
JUSTIN T. KING, OBA # 18745
KING LAW FIRM
1141 North Robinson, Suite 300
Oklahoma City, Oklahoma 73103
(405) 239-6143; Fax: (405) 236-3934
king@king-lawfirm.com
ATTORNEYS FOR DEFENDANTS